United States District Court
Eastern District of North Carolina

DON COLE,
                Plaintiff(s)

     v.                           **Judgment in a Civil Case**

ASST. SUP. SUTTON,
SGT. SUTTON,
C/O SPELLER,
                Defendant(s)               Case Number: 5:07-CT-3076-H

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

   IT IS ORDERED AND ADJUDGED that this action is hereby dismissed as frivolous.

THE ABOVE JUDGMENT WAS FILED AND ENTERED TODAY, OCTOBER 19, 2007 AND A COPY MAILED TO:

Don Cole  #0081858
Scotland Correctional Center
P.O. Box 1808
Laurinburg, NC 28353

| October 19, 2007 | /s/ DENNIS P. IAVARONE |
|---|---|
| Date | Clerk |

Raleigh, North Carolina